UNITED STATES DISTRICT COURT

Northern District of California

MICHELLE MELLENS

        Plaintiff(s),

  v.

CA HEALTH AND HUMAN SERVICES

        Defendant(s).
_____/

No. C 09-03429 MEJ

**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

    Pending before the Court is Plaintiff's Application to Proceed In Forma Pauperis. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by than August 27, 2009.

    **IT IS SO ORDERED.**

Dated: August 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MELLENS                                             No. C 09-03429 MEJ

        Plaintiff(s),

  vs.

CA HEALTH AND HUMAN SERVICES

        Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                                      Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                                      Counsel for:_____

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MELLENS | Case Number: 09-03429 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA HEALTH AND HUMAN SERVICES | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michelle Mellens
9600 Edelweiss
Rancho Cucamonga, CA 91730


Dated: August 10, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3